No. 3491.—EL PUEBLO, apldo., *v.* BATISTA, aplte.— ▮ C. D. San Juan. Nov. 28, 1928.

POR CUANTO acusadas dos personas por delito de hurto de mayor cuantía una fué absuelta y José Batista (*a*) Chalemán fué condenado e interpuso apelación contra esa sentencia alegando como uno de sus errores el haber dado la corte al jurado la siguiente instrucción, de la cual tomó excepción: "La ley presume que estos dos acusados son inocentes, pero

esa presunción desaparece cuando entregue el caso a vosotros y marchéis al cuarto de deliberaciones y empecéis a discutir, a investigar el caso. Entonces desaparece la presunción de inocencia, pero mientras tanto no.''

Por cuanto otra instrucción substancialmente igual, dada en el caso *El Pueblo* v. *Sergio Plata,* 38 D.P.R. 90, la declaramos errónea y que producía la revocación de la sentencia y una celebración de un nuevo juicio.

Por tanto, revocamos la sentencia apelada y ordenamos la celebración de un nuevo juicio en este caso.